FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-2146

**Short Case Caption:** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity:** The Data Company Technologies Inc.

---

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

---

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO PTAB | IPR2022-00138 | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirm judgment that claims 1-12 and 15-24 of U.S. Patent No. 10,484,510 have been shown to be unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Order that claims 1-12 and 15-24 of U.S. Patent No. 10,484,510 have been shown to be unpatentable.

**Briefly describe the judgment/order appealed from:**

The Data Company Technologies Inc. challenged claims 1-12 and 15-24 in U.S. Patent No. 10,484,510 as anticipated (ground 1) and obvious (grounds 2-7) over various references. The PTAB agreed with all of the grounds and found all challenged claims to be shown unpatentable.

**Nature of judgment (select one):**          **Date of judgment:** 5/9/23

    ☑ Final Judgment, 28 USC § 1295
    ☐ Rule 54(b)
    ☐ Interlocutory Order (specify type) _____
    ☐ Other (explain) _____

FORM 26. Docketing Statement

Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☐ None/Not Applicable

Bright Data Ltd. v. The Data Company Technologies Inc., No. 2023-2145
Bright Data Ltd. v. Code200, UAB, No. 2023-2144
Bright Data Ltd. v. Code200, UAB, No. 2023-2147

Issues to be raised on appeal:   ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?

☑     Yes     ☐     No

If "yes," when were the last such discussions?
    ☐ Before the case was filed below
    ☑ During the pendency of the case below
    ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?     ☐ Yes     ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes     ☑ No

Explain.

The case is not amenable to mediation because claims 1-12 and 15-24 of U.S. Patent No. 10,484,510 are unpatentable.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/26/23

Signature: /s/ Michael N. Rader

Name: Michael N. Rader

Save for Filing