FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2146

**Short Case Caption:** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity:** Bright Data Ltd.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Brd. | IPR2022-00138 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Determination that claims 1-12 and 15-24 of U.S. Patent No. 10,484,510 are patentable.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The Patent Trial and Appeal Board's final written decision.

**Nature of judgment (select one):**   **Date of judgment:** 5/9/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> Bright Data Ltd. v. The Data Company Technologies Inc., No. 23-2145
> Bright Data Ltd. v. Code200, UAB, Nos. 23-2144; 23-2147
> Bright Data Ltd. v. BI Science (2009) Ltd., Nos. 20-2118; 20-2181; 21-1664; 21-1667

Issues to be raised on appeal:  ☐ None/Not Applicable

> The determination that claims 1-12 and 15-24 of U.S. Patent No. 10,484,510 are unpatentable and particularly, claim construction.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> The parties discussed possible resolutions without result. Also, the patentability of U.S. Patent No. 10,484,510 affects other pending district court matters involving different parties.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/27/23              Signature: /s/ Robert M. Harkins, Jr.

                           Name:      Robert M. Harkins, Jr.

Save for Filing